# EXHIBIT A



**PACER Case Locator**

All Court Types Party Search
Fri Mar 21 10:15:37 2014
156 records found

User: le1982 P
Client:
Search: All Court Types Party Search Name bwp media All Courts Page: 1 sort: cs_date_filed

### Civil Results

| Party Name | Court | Case | NOS | Date Filed ▲ | Date Closed |
|---|---|---|---|---|---|
| 1 BWP Media USA Inc (pla) | cacdce | 2:2014-cv-02065 | 820 | 03/18/2014 | |
| 2 BWP Media USA Inc (pla) | cacdce | 2:2014-cv-02016 | 820 | 03/17/2014 | |
| 3 BWP Media USA Inc. (pla) | nysdce | 1:2014-cv-01384 | 820 | 03/03/2014 | |
| 4 BWP Media USA Inc. (pla) | flmdce | 6:2014-cv-00337 | 820 | 02/28/2014 | |
| 5 BWP Media USA, Inc. (pla) | codce | 1:2014-cv-00467 | 820 | 02/24/2014 | |
| 6 BWP Media USA Inc. (pla) | ilndce | 1:2014-cv-01167 | 820 | 02/18/2014 | |
| 7 BWP Media USA Inc. (pla) | txwdce | 1:2014-cv-00147 | 820 | 02/18/2014 | |
| 8 BWP Media USA Inc. (pla) | nysdce | 7:2014-cv-00823 | 820 | 02/10/2014 | |
| 9 BWP Media USA Inc (pla) | cacdce | 2:2014-cv-00689 | 820 | 01/29/2014 | |
| 10 BWP Media USA Inc (pla) | cacdce | 2:2014-cv-00694 | 820 | 01/29/2014 | |
| 11 BWP Media USA Inc. (pla) | nysdce | 1:2014-cv-00539 | 820 | 01/29/2014 | |
| 12 BWP Media USA Inc (pla) | cacdce | 2:2014-cv-00653 | 820 | 01/28/2014 | |
| 13 BWP Media USA Inc (pla) | cacdce | 2:2014-cv-00647 | 820 | 01/28/2014 | |
| 14 BWP Media USA Inc. (pla) | candce | 3:2014-cv-00384 | 820 | 01/24/2014 | |
| 15 BWP Media USA Inc (pla) | candce | 5:2014-cv-00375 | 820 | 01/24/2014 | |
| 16 BWP Media USA Inc. (pla) | flmdce | 6:2014-cv-00120 | 820 | 01/24/2014 | |
| 17 BWP Media USA Inc. (pla) | flmdce | 8:2014-cv-00197 | 820 | 01/24/2014 | |
| 18 BWP Media USA Inc. (pla) | gandce | 1:2014-cv-00232 | 820 | 01/24/2014 | |
| 19 BWP Media USA Inc. (pla) | nysdce | 7:2014-cv-00434 | 820 | 01/23/2014 | |
| 20 BWP Media USA Inc. (pla) | ctdce | 3:2014-cv-00062 | 820 | 01/20/2014 | 03/14/2014 |
| 21 BWP MEDIA USA, INC. (pla) | njdce | 2:2014-cv-00393 | 820 | 01/17/2014 | |
| 22 BWP Media USA Inc. (pla) | miedce | 2:2014-cv-10119 | 820 | 01/16/2014 | |
| 23 BWP Media USA Inc. (pla) | casdce | 3:2014-cv-00048 | 820 | 01/15/2014 | 03/18/2014 |
| 24 BWP Media USA Incorporated (pla) | azdce | 2:2014-cv-00054 | 820 | 01/13/2014 | |
| 25 BWP Media USA, Inc. (pla) | mddce | 1:2014-cv-00044 | 820 | 01/08/2014 | |
| 26 BWP Media USA Inc. (pla) | nysdce | 1:2014-cv-00121 | 820 | 01/08/2014 | |
| 27 BWP Media USA Inc. (pla) | gandce | 1:2014-cv-00015 | 820 | 01/02/2014 | |
| 28 BWP Media USA Inc. (pla) | gandce | 1:2014-cv-00016 | 820 | 01/02/2014 | |
| 29 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-09540 | 820 | 12/30/2013 | 03/07/2014 |
| 30 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-09152 | 820 | 12/26/2013 | 03/10/2014 |
| 31 BWP MEDIA USA INC. (pla) | paedce | 2:2013-cv-07675 | 820 | 12/26/2013 | |
| 32 BWP Media USA Inc. (pla) | cacdce | 2:2013-cv-09225 | 820 | 12/16/2013 | |
| 33 BWP Media USA Inc. (pla) | ilndce | 1:2013-cv-08946 | 820 | 12/16/2013 | 02/19/2014 |
| 34 BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-07168 | 820 | 12/16/2013 | |
| 35 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-08866 | 820 | 12/16/2013 | |
| 36 BWP Media USA Inc. (pla) | gandce | 1:2013-cv-04130 | 820 | 12/13/2013 | |
| 37 BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-24479 | 820 | 12/12/2013 | |
| 38 BWP Media USA Inc. (pla) | candce | 5:2013-cv-05732 | 820 | 12/11/2013 | |
| 39 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-08787 | 820 | 12/10/2013 | |
| 40 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-08662 | 820 | 12/05/2013 | 02/06/2014 |
| 41 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-08663 | 820 | 12/05/2013 | |
| 42 BWP Media USA Inc. (pla) | flsdce | 0:2013-cv-62547 | 820 | 11/21/2013 | |
| 43 BWP Media USA, Inc. (pla) | flsdce | 1:2013-cv-24237 | 820 | 11/21/2013 | |
| 44 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-08445 | 820 | 11/14/2013 | |
| 45 BWP Media USA Inc. (cc) | cacdce | 2:2013-cv-08379 | 820 | 11/12/2013 | |
| 46 BWP Media USA Inc (dft) | cacdce | 2:2013-cv-08379 | 820 | 11/12/2013 | |
| 47 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-08365 | 820 | 11/12/2013 | |
| 48 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07866 | 820 | 11/05/2013 | |
| 49 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07867 | 820 | 11/05/2013 | |
| 50 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07868 | 820 | 11/05/2013 | 01/28/2014 |
| 51 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07870 | 820 | 11/05/2013 | 02/19/2014 |
| 52 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07871 | 820 | 11/05/2013 | |
| 53 BWP Media USA Inc. (pla) | casdce | 3:2013-cv-02629 | 820 | 10/31/2013 | |
| 54 BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-23953 | 820 | 10/31/2013 | 01/30/2014 |

Receipt 03/21/2014 10:15:41 129300946
User le1982 P
Client
Description All Court Types Party Search
Name bwp media All Courts Page: 1 sort: cs_date_filed
You have previously been billed for this page.
Pages 1 ($0.00)



**All Court Types Party Search**
Fri Mar 21 10:15:37 2014
156 records found

User: le1982 P
Client:
Search: All Court Types Party Search Name bwp media All Courts Page: 2 sort: cs_date_filed

### Civil Results

| # | Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 55 | BWP Media USA Inc. (pla) | wawdce | 2:2013-cv-01975 | 820 | 10/31/2013 | |
| 56 | BWP Media USA Inc. (pla) | wawdce | 2:2013-cv-01976 | 820 | 10/31/2013 | |
| 57 | BWP Media USA Inc (pla) | cacdce | 8:2013-cv-01712 | 820 | 10/30/2013 | 03/05/2014 |
| 58 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07707 | 820 | 10/30/2013 | 03/19/2014 |
| 59 | BWP Media USA Inc (pla) | nysdce | 1:2013-cv-07709 | 820 | 10/30/2013 | 12/20/2013 |
| 60 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-07712 | 820 | 10/30/2013 | |
| 61 | BWP Media USA, Inc. (pla) | candce | 3:2013-cv-04990 | 820 | 10/25/2013 | |
| 62 | BWP Media USA, Inc. (pla) | nysdce | 1:2013-cv-07574 | 820 | 10/25/2013 | |
| 63 | BWP Media USA Inc. (pla) | txwdce | 1:2013-cv-00923 | 820 | 10/18/2013 | |
| 64 | BWP MEDIA USA INC. (pla) | njdce | 2:2013-cv-06198 | 820 | 10/17/2013 | |
| 65 | BWP MEDIA USA INC. (pla) | njdce | 2:2013-cv-06200 | 820 | 10/17/2013 | 03/10/2014 |
| 66 | BWP Media USA Inc. (pla) | ohndce | 5:2013-cv-02309 | 820 | 10/17/2013 | |
| 67 | BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-05691 | 820 | 10/15/2013 | 02/20/2014 |
| 68 | BWP Media USA Inc. (pla) | ilndce | 1:2013-cv-07350 | 820 | 10/14/2013 | 12/19/2013 |
| 69 | BWP Media USA Inc. (pla) | madce | 1:2013-cv-12556 | 820 | 10/14/2013 | |
| 70 | BWP Media USA Inc. (pla) | txwdce | 1:2013-cv-00911 | 820 | 10/14/2013 | |
| 71 | BWP Media USA Inc (pla) | cacdce | 2:2013-cv-07257 | 820 | 10/01/2013 | |
| 72 | BWP Media USA Inc. (pla) | cacdce | 2:2013-cv-07199 | 820 | 09/30/2013 | 01/14/2014 |
| 73 | BWP Media USA Inc. (pla) | candce | 4:2013-cv-04514 | 820 | 09/30/2013 | |
| 74 | BWP Media USA Inc. (pla) | flmdce | 2:2013-cv-00681 | 820 | 09/23/2013 | |
| 75 | BWP Media USA Inc. (pla) | flmdce | 6:2013-cv-01463 | 820 | 09/20/2013 | |
| 76 | BWP Media USA Inc. (pla) | flmdce | 6:2013-cv-01464 | 820 | 09/20/2013 | 12/02/2013 |
| 77 | BWP Media USA Inc. (pla) | kyedce | 5:2013-cv-00314 | 820 | 09/19/2013 | |
| 78 | BWP Media USA Inc. (pla) | nyedce | 1:2013-cv-05238 | 820 | 09/19/2013 | 02/26/2014 |
| 79 | BWP Media USA Inc. (cd) | nysdce | 1:2013-cv-06654 | 820 | 09/19/2013 | 12/20/2013 |
| 80 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-06654 | 820 | 09/19/2013 | 12/20/2013 |
| 81 | BWP Media USA Inc. (pla) | ohndce | 1:2013-cv-02091 | 820 | 09/19/2013 | |
| 82 | BWP Media USA (pla) | utdce | 2:2013-cv-00859 | 820 | 09/19/2013 | |
| 83 | BWP Media USA Inc (pla) | cacdce | 2:2013-cv-06911 | 820 | 09/18/2013 | |
| 84 | BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-05202 | 820 | 09/18/2013 | |
| 85 | BWP Media USA Inc. (pla) | flmdce | 8:2013-cv-02392 | 820 | 09/17/2013 | |
| 86 | BWP Media USA Inc. (pla) | nywdce | 1:2013-cv-00936 | 820 | 09/17/2013 | |
| 87 | BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-23283 | 820 | 09/11/2013 | 01/31/2014 |
| 88 | BWP Media USA Inc. (pla) | flsdce | 0:2013-cv-61976 | 820 | 09/11/2013 | |
| 89 | BWP Media USA Inc. (pla) | ilndce | 1:2013-cv-06466 | 820 | 09/10/2013 | 02/27/2014 |
| 90 | BWP Media USA Inc. (pla) | wiwdce | 3:2013-cv-00620 | 820 | 09/06/2013 | 02/13/2014 |
| 91 | BWP Media USA Inc. (pla) | madce | 1:2013-cv-12201 | 820 | 09/05/2013 | |
| 92 | BWP Media USA Inc. (pla) | madce | 1:2013-cv-12202 | 820 | 09/05/2013 | |
| 93 | BWP Media USA Inc. (pla) | ctdce | 3:2013-cv-01198 | 820 | 08/20/2013 | 12/23/2013 |
| 94 | BWP Media USA Inc. (pla) | ctdce | 3:2013-cv-01193 | 820 | 08/20/2013 | |
| 95 | BWP Media USA Incorporated (pla) | azdce | 2:2013-cv-01668 | 820 | 08/15/2013 | 03/06/2014 |
| 96 | BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-04436 | 820 | 08/07/2013 | 02/20/2014 |
| 97 | BWP Media USA Inc. (cd) | nyedce | 2:2013-cv-04435 | 820 | 08/07/2013 | |
| 98 | BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-04435 | 820 | 08/07/2013 | |
| 99 | BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-04434 | 820 | 08/07/2013 | |
| 100 | BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-04448 | 820 | 08/06/2013 | 02/11/2014 |
| 101 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05503 | 820 | 08/06/2013 | 03/07/2014 |
| 102 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05498 | 820 | 08/06/2013 | 01/28/2014 |
| 103 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05501 | 820 | 08/06/2013 | 02/07/2014 |
| 104 | BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05509 | 820 | 08/06/2013 | 09/20/2013 |
| 105 | BWP Media USA Inc (pla) | candce | 4:2013-cv-03629 | 820 | 08/05/2013 | 03/07/2014 |
| 106 | BWP Media USA Inc (pla) | candce | 3:2013-cv-03628 | 820 | 08/05/2013 | 11/06/2013 |
| 107 | BWP Media USA Inc (pla) | candce | 3:2013-cv-03627 | 820 | 08/05/2013 | |
| 108 | BWP Media USA Inc. (pla) | casdce | 3:2013-cv-01810 | 820 | 08/05/2013 | |

| | |
|---|---|
| | Receipt 03/21/2014 10:18:15 129302239 |
| User | le1982 P |
| Client | |
| Description | All Court Types Party Search Name bwp media All Courts Page: 2 sort: cs_date_filed |
| Pages | 1 ($0.10) |



**PACER Case Locator**

All Court Types Party Search
Fri Mar 21 10:15:37 2014
156 records found

User: le1982 P
Client:
Search: All Court Types Party Search Name bwp media All Courts Page: 3 sort: cs_date_filed

## Civil Results

| Party Name | Court | Case | NOS | Date Filed ▲ | Date Closed |
|---|---|---|---|---|---|
| 109 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05587 | 820 | 08/02/2013 | 11/25/2013 |
| 110 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05591 | 820 | 08/02/2013 | |
| 111 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05598 | 820 | 08/02/2013 | |
| 112 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05588 | 820 | 08/02/2013 | 10/15/2013 |
| 113 BWP Media USA, Inc. (pla) | candce | 3:2013-cv-03595 | 820 | 08/02/2013 | 10/07/2013 |
| 114 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05573 | 820 | 08/01/2013 | |
| 115 BWP Media USA Inc (pla) | cacdce | 5:2013-cv-01349 | 820 | 08/01/2013 | 11/13/2013 |
| 116 BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-22763 | 820 | 08/01/2013 | 12/13/2013 |
| 117 BWP Media USA Inc (pla) | nysdce | 1:2013-cv-05392 | 820 | 08/01/2013 | 09/09/2013 |
| 118 BWP Media USA Inc (pla) | waedce | 2:2013-cv-00288 | 820 | 08/01/2013 | |
| 119 BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-04351 | 820 | 07/31/2013 | |
| 120 BWP Media USA Inc. (pla) | nyedce | 2:2013-cv-04333 | 820 | 07/31/2013 | 12/13/2013 |
| 121 BWP Media USA Inc (pla) | nysdce | 1:2013-cv-05361 | 820 | 07/31/2013 | 01/28/2014 |
| 122 BWP Media USA Inc (pla) | nysdce | 1:2013-cv-05360 | 820 | 07/31/2013 | 12/19/2013 |
| 123 BWP Media USA Inc (pla) | txndce | 3:2013-cv-02961 | 820 | 07/30/2013 | |
| 124 BWP Media USA Inc. (pla) | txndce | 3:2013-cv-02960 | 820 | 07/30/2013 | 08/08/2013 |
| 125 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05318 | 820 | 07/24/2013 | |
| 126 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05316 | 820 | 07/24/2013 | 03/06/2014 |
| 127 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05315 | 820 | 07/24/2013 | |
| 128 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-05320 | 820 | 07/24/2013 | |
| 129 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05068 | 820 | 07/19/2013 | 12/04/2013 |
| 130 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05069 | 820 | 07/19/2013 | |
| 131 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05070 | 820 | 07/19/2013 | |
| 132 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05066 | 820 | 07/19/2013 | 10/29/2013 |
| 133 BWP Media USA Inc. (pla) | nysdce | 1:2013-cv-05071 | 820 | 07/19/2013 | 12/02/2013 |
| 134 BWP Media USA Inc (pla) | nysdce | 1:2013-cv-05067 | 820 | 07/19/2013 | 12/13/2013 |
| 135 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-04861 | 820 | 07/05/2013 | 10/23/2013 |
| 136 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-04851 | 820 | 07/05/2013 | 12/05/2013 |
| 137 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-04860 | 820 | 07/05/2013 | 01/30/2014 |
| 138 BWP Media USA Inc. (pla) | wiwdce | 3:2013-cv-00450 | 820 | 06/25/2013 | 01/27/2014 |
| 139 BWP Media USA Inc. (pla) | wiwdce | 3:2013-cv-00448 | 820 | 06/24/2013 | 12/17/2013 |
| 140 BWP Media USA Inc. (pla) | gandce | 1:2013-cv-02064 | 820 | 06/19/2013 | 09/11/2013 |
| 141 BWP Media USA, Inc. (pla) | nysdce | 1:2013-cv-04220 | 820 | 06/18/2013 | 09/23/2013 |
| 142 BWP MEDIA USA INC. (pla) | paedce | 2:2013-cv-03440 | 820 | 06/17/2013 | 07/23/2013 |
| 143 BWP MEDIA USA INC. (pla) | paedce | 2:2013-cv-03449 | 820 | 06/17/2013 | 02/28/2014 |
| 144 BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-22144 | 820 | 06/14/2013 | |
| 145 BWP Media USA Inc (pla) | nysdce | 1:2013-cv-03726 | 820 | 05/31/2013 | 08/19/2013 |
| 146 BWP Media USA Inc. (pla) | flsdce | 0:2013-cv-61189 | 820 | 05/30/2013 | 02/20/2014 |
| 147 BWP Media USA Inc (pla) | cacdce | 2:2013-cv-03812 | 820 | 05/29/2013 | 07/09/2013 |
| 148 BWP Media USA Inc (pla) | wawdce | 2:2013-cv-00870 | 820 | 05/16/2013 | |
| 149 BWP Media USA (pla) | utdce | 2:2013-cv-00344 | 820 | 05/15/2013 | |
| 150 BWP Media USA Inc. (pla) | flsdce | 0:2013-cv-61047 | 820 | 05/07/2013 | 05/07/2013 |
| 151 BWP Media USA Inc. (pla) | flsdce | 0:2013-cv-61049 | 820 | 05/07/2013 | 09/10/2013 |
| 152 BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-21620 | 820 | 05/06/2013 | 06/14/2013 |
| 153 BWP Media USA Inc. (pla) | flsdce | 1:2013-cv-21629 | 820 | 05/06/2013 | 08/27/2013 |
| 154 BWP Media USA Inc. (pla) | txwdce | 1:2013-cv-00375 | 820 | 05/06/2013 | |
| 155 BWP Media USA, Inc. (pla) | nysdce | 1:2013-cv-01606 | 820 | 03/11/2013 | 05/03/2013 |
| 156 BWP Media USA Inc (pla) | wawdce | 3:2013-cv-05174 | 820 | 03/08/2013 | 05/30/2013 |

Receipt 03/21/2014 10:18:21
User le1982 P
Client
Description All Court Types Party Search
Name bwp media All Courts Page: 3 sort: cs_date_filed
You have previously been billed for this page.
Pages 1 ($0.00)