# EXHIBIT B

    



**2012 Camry**
www.interstatetoyota.net/Camry
Contact Us To Make Your Offer On a New 2012 Toyota Camry!


Golden Globes 2014 Red Carpet Pictures!


Tina Fey Burns Taylor Swift For "Special Place In Hell" Comment


Colton Haynes and More Spoof Jennifer Lawrence's Golden Globes Dress


Celebrities Share Personal Golden Globes Pics - SEE PHOTOS!

**Hot Topics**  Miley Cyrus  ★ Kim Kardashian  ★ Rihanna  ★ Robert Pattinson  ★ Khloe Kardashian  ★ Justin Bieber  ★ Kristen Stewart

Follow @gossipcop

# Mila Kunis and Ashton Kutcher "Moving to London," Claims Tab

Ashton Kutcher   Mila Kunis   the sun

11:00 am, January 28th, 2013


(The Sun)

"**Ashton Kutcher** and **Mila Kunis** are moving to London," reports *The Sun*.

The tabloid, which just days ago *falsely claimed* Kunis wanted to play **Anastasia Steele** in *Fifty Shades of Grey*, now says she and Kutcher are relocating to the U.K. while she films the upcoming movie *Jupiter Ascending*.

According to the paper, "The couple are already househunting in the flash Marylebone area, where their neighbours will include **Kate Hudson** and **Guy Ritchie**."

*RELATED – CLAIM: Mila Kunis and Ashton Kutcher Buying House Together in Chicago*

One supposed "source" for the tab notes, "Mila is over for at least six months filming near London and Ashton has decided to head here too. They spend most of their time glued to each other's side."

*The Sun* says, "Ashton's finished work on his biopic of Apple founder **Steve Jobs** so has time off," adding, "It also takes him away from the U.S., where his messy divorce from **Demi Moore** is being finalized."

Unfortunately, no matter where Kunis and Kutcher happen to live, it's unlikely they'll be able escape such *messy* tabloid journalism as this.

**Gossip Cop** checked in with a close Kunis insider, who tells us it is "**NOT TRUE**" that she and Kutcher are house hunting in London.

Follow **@GossipCop** on Twitter!

Like us **on Facebook**!

Sign up for Gossip Cop's daily newsletter.

**You might like:**



**Recommended**


Miley Cyrus Goes Topless, Shows Nipples, Butt, Camel Toe in Terry Richardson Pics


Kardashians Debut 2013 Christmas Card!


Nicki Minaj Posts NEW Topless Photos


Stars React To Death Of Paul Walker


Miley Cyrus Gets "Freaky" for Sex Tape on *SNL* -- WATCH HERE!

**Got tips? Email us:**

   tips@gossipcop.com

Featured Celebrity Videos


**Which Reality Star Diva Just Announced Pregnancy?**


**Top 10 Most Interesting Star Demands**


**Ashley Tisdale's Tattoos: Trashy Or Tasteful?**


**Britney Spears Flaunts Her Legs in Short Shorts**


**Does Rihanna's New Man Crush Look Familiar?**


**20 Celebs With Only Child Syndrome**


**Former Child Stars That Are Hot Now**


**10 Celebrities Who Were Young Parents**


**The 20 Cutest Same-Sex Couples In Hollywood**


**Curvy Nicki Minaj On The Purple Carpet**


Seniors: Increase Social Security Payouts With Weird Trick


Doctor Warns These 8 Foods May Cause Fast-Growing Cancers


Secrets of Pope Francis, New Book Reveals Truth


Should Obamacare Be Defunded? Vote Now


Rate Obama On His Job Performance - Vote Here Now


The One Thing Your Prostate Needs Every Morning


Local Mom Reveals Free Facelift Secret


Get Rich By Doing This One Thing Everyday

What's This?



© **2014 Gossip Cop Media** | About Us | Advertise | Newsletter | Privacy | User Agreement | Press | Contact | Archives | Hosting by Datagram | RSS

*/ ?>