# EXHIBIT C

# GOSSIP COP
**Busting bad dish!**

**Jimmy Kimmel Sidekick Guillermo Takes Shots With Stars at Oscars**

***Dancing with the Stars* Season 18 FULL Cast And Pairs Announced! (VIDEO)**

**Rob Ford Defends Himself In Wild *Jimmy Kimmel Live* Interview - WATCH VIDEO!**

**WATCH: Idina Menzel, Jimmy Fallon, The Roots Sing "Let It Go"**

Hot Topics | Miley Cyrus ★ Justin Bieber ★ Kim Kardashian ★ Selena Gomez ★ Jimmy Fallon ★ Robert Pattinson ★ Lady Gaga ★

Follow @gossipcop    Like 41k

## Robert Pattinson, Katy Perry Partying at Chateau Marmont Before His Birthday?

HollywoodLife   Katy Perry   Robert Pattinson

2:59 pm, May 13th, 2013

REAL / RUMOR: **0**

Like 13


(HollywoodLife)

"**Robert Pattinson** Parties With **Katy Perry** Before His Birthday," reads the headline of another fabricated tale from HollywoodLife.

According to the laughably unreliable webloid, before Pattinson rang in his birthday on Monday, he "hung out with none other than **Katy Perry**!"

Really?

HollywoodLies, er HollywoodLife claims, "Rob and Katy hit up LA hotspot Chateau Marmont for a night of dancing."

The bogus blog then writes the two "arrived at the club at 10pm where they enjoyed some drinks, before heading home at 2.20pm."

Stop.

The Chateau Marmont is **NOT** a "club," it's a hotel with cool lounge areas inside the lobby and outdoors.

Also, they came at "10pm… before heading home at 2:20pm"?

That's a long night *and following day* of dancing and drinks.

Regardless, it's not as important how moronic the reporting is as it is that the whole premise about Perry and Pattinson hanging out on Thursday night at the Chateau Marmont is **NOT TRUE** and **WRONG**.

The more embarrassing backstory — if that's even possible for the beyond shameless HollywoodLife — is that the webloid stole its erroneous claims from **PopSugar**, which has subsequently changed its story, and noted on Twitter that they made a big "mistake."

Of course, HollywoodLife is also the same blog that recently made up a story about **Kristen Stewart** having a "reunion" with **Rupert Sanders**.

**PHOTOS – Robert Pattinson Through The Years – SEE PICS HERE!**

Follow **@GossipCop** on Twitter!

Like us **on Facebook**!

Sign up for Gossip Cop's daily newsletter.

### You might like:



 The Most Educated Rappers In The Game

 Does Will Smith Think Jada's Style Is Whack?

 NBA Star Ray Allen Is One Lucky Man

 Renee Zellweger Looks Hardly Recognizable

 8 Aww-Inspiring Baby Photos Of Celeb Kids

 'Game Of Thrones' Actress Adopts Her 'Direwolf'

 Kendall Jenner Gets A Completely New Look

 Courtney Stodden's Risque Cleavage-Bearing Mini-Dress

 What The Frock?: Horrible Celeb Fashion Fails

 Michael Phelps' New Girlfriend Spills Juicy Details About Their Relationship



### Got tips? Email us:
tips@gossipcop.com

**Featured Celebrity Videos**

**TRENDING NOW**

 The 2 Warning Signs of Cardiac Death. Watch Video

 The Dirty Secret Wall Street Has Kept Quiet For 46 Years

 2 Reasons Your Blood Sugar Is Making You Unhealthy

 Billionaires Dump Stocks, Prepare for Collapse (Shocking)

 These 8 Popular Foods Are Drenched in Cancer-Causing Chemicals

 Dramatically Increase Your Social Security Payments

 At Risk for a Heart Attack? Take Dr. Crandall's Free Online Test Now

 What Women Need to Know About Free Tide Samples

What's This?



© 2014 Gossip Cop Media | About Us | Advertise | Newsletter | Privacy | User Agreement | Press | Contact | Archives | Hosting by Datagram | RSS