# EXHIBIT D



### Busting bad dish!


**Jimmy Kimmel Sidekick Guillermo Takes Shots With Stars at Oscars**


*Dancing with the Stars* **Season 18 FULL Cast And Pairs Announced! (VIDEO)**


**Rob Ford Defends Himself In Wild** *Jimmy Kimmel Live* **Interview - WATCH VIDEO!**


**WATCH: Idina Menzel, Jimmy Fallon, The Roots Sing "Let It Go"**

| Hot Topics | Miley Cyrus ★ Justin Bieber ★ Kim Kardashian ★ Selena Gomez ★ Jimmy Fallon ★ Robert Pattinson ★ Lady Gaga ★ |

Follow @gossipcop

# Rupert Sanders Wife Liberty Ross Spotted Without Wedding Ring (PHOTO)

Kristen Stewart   Liberty Ross   Rupert Sanders

11:58 am, August 7th, 2012

**PHOTO**

**Rupert Sanders**' wife **Liberty Ross** was spotted without her wedding ring in Los Angeles on Monday.

**PHOTO AT RIGHT**

The model-actress has remained mum since her husband admitted to **straying** with **Kristen Stewart**.

**RELATED – Kristen Stewart & Robert Pattinson Rumors — Separating Fact From Fiction, Part 4**

Meanwhile, Sanders who expressed in his **public apology**, "I am praying that we can get through this together," has been photographed still wearing his wedding band.


**(TMZ)**

Sanders and Ross have two young children together.

**Gossip Cop** has reached out to a rep for Ross for comment.

Follow **@GossipCop** on Twitter!

Like us **on Facebook**!

Sign up for Gossip Cop's daily newsletter.

You might like:

### Got tips? Email us:

 tips@gossipcop.com

**Featured Celebrity Videos**

**TRENDING NOW**


**The 2 Warning Signs of Cardiac Death. Watch Video**


**The Most Educated Rappers In The Game**


**Does Will Smith Think Jada's Style Is Whack?**


**NBA Star Ray Allen Is One Lucky Man**


**Renee Zellweger Looks Hardly Recognizable**


**8 Aww-Inspiring Baby Photos Of Celeb Kids**


**'Game Of Thrones' Actress Adopts Her 'Direwolf'**


**Kendall Jenner Gets A Completely New Look**


**Courtney Stodden's Risque Cleavage-Bearing Mini-Dress**


**What The Frock?: Horrible Celeb Fashion Fails**

**Michael Phelps' New Girlfriend Spills Juicy Details About Their Relationship**


**The Dirty Secret Wall Street Has Kept Quiet For 46 Years**


**2 Reasons Your Blood Sugar Is Making You Unhealthy**


**Billionaires Dump Stocks, Prepare for Collapse (Shocking)**


**These 8 Popular Foods Are Drenched in Cancer-Causing Chemicals**


**Dramatically Increase Your Social Security Payments**


**At Risk for a Heart Attack? Take Dr. Crandall's Free Online Test Now**


**What Women Need to Know About Free Tide Samples**

 What's This?

---

Sorry, the browser you are using is not currently supported. Disqus actively supports the following browsers:

- Firefox
- Chrome
- Internet Explorer 8+
- Safari

**Molly**

Good for her! Go Liberty!

Take him to the cleaners!

**Anon**

This guy has no money. She was a successful model and put her career on hold to support him. He is a douchebag and just drags her down. Good for her to hold her head high with class and move one with her life.

**Lodkldkdk**

She's gooooooooorgeous too. Much prettier than Stewart, although I do think Stewart is cute, pretty beats cute anyday. Men are dumb and this just proves it.

**D. Martin**

---

