UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

BWP MEDIA USA, INC.,

                              Plaintiff,

          v.

GOSSIP COP MEDIA, LLC, *et al.*,

                            Defendants.

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 5, 2015

13 Civ. 7574 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

      In accordance with today's teleconference, Defendants shall exchange with Plaintiff a modified electronic discovery protocol that complies with the agreements reached during the conference no later than **June 8, 2015**. The parties shall produce the electronic discovery contemplated by such protocol no later than **June 12, 2015**. The parties shall complete fact witness depositions no later than **June 30, 2015**. Finally, the parties shall complete expert discovery no later than **August 7, 2015**.

      The pretrial conference scheduled for June 24, 2015, is hereby adjourned to **August 19, 2015, at 3:30 p.m.**

      SO ORDERED.

Dated:    June 5, 2015
            New York, New York

                                                    _____
                                                      KATHERINE POLK FAILLA
                                                  United States District Judge